IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH SANSOM and STANLEY BOND,
Trustee in the Bankruptcy for the Estate of
Joseph Sansom                                                                PLAINTIFFS

v.                                   No. 4:23-cv-567-DPM

KIA CORPORATION, f/k/a KIA
MOTORS CORPORATION; KIA
AMERICA, INC., f/k/a KIA MOTORS
AMERICA, INC.; and JOHN DOES 1-3                                 DEFENDANTS

ORDER

The Court is working on the pending motions. *First*, the Court commends all counsel for their professionalism and collegiality in addressing the errant citation issue. *Second*, the punitive damages request has been withdrawn, Doc. 96. The Kia entities' motion for partial summary judgment on this issue, Doc. 71, is therefore denied without prejudice as moot. *Third*, the parties' collaborative proposal on the sealing issues is sound. For good cause, the items listed 1-5 in Doc. 82 shall remain under seal. The items listed A-H in Doc. 82 shall not be sealed. The Court directs Kia to prepare and file a notice that charts the sealed and unsealed materials by name and current docket cite. The Court further directs Kia to file the notice on the public docket with copies of items A-H. The notice and copies are due by 16 January 2026.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2025