IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH SANSOM and STANLEY BOND,
Trustee in the Bankruptcy for the Estate of
Joseph Sansom                                                                PLAINTIFFS

v.                              No. 4:23-cv-567-DPM

KIA CORPORATION, f/k/a KIA
MOTORS CORPORATION; KIA
AMERICA, INC., f/k/a KIA MOTORS
AMERICA, INC.; and JOHN DOES 1-3                               DEFENDANTS

ORDER

The Court has received the parties' motions *in limine*. We can't have a trial on the papers. The Court is confident that the experienced counsel on both sides of this case will follow the Federal Rules of Evidence and other applicable law about the proof. Some of the issues are addressed in the Court's recent Order on summary judgment. Beyond that, except as specified on some particular issues in this Order, the parties' motions are denied without prejudice.

- **The Burr Evidence**

It's admissible on Sansom's negligent manufacturing claim. But, Sansom may not change his theory of the case at this late date by

arguing, or by soliciting testimony, that Sansom may have been cut by the burr. Kia's motion to file another brief on this issue is moot.

- **Demonstratives**

Counsel should alert their colleagues, and the Court, before leaving the courtroom at the end of each day what demonstratives they intend to use the next day. Provide a copy then or as soon as practical. A caveat: If an unexpected issue arises, like the one described by Sansom's lawyers, the Court will decide in the moment whether to allow the demonstrative. Fed. R. Evid. 107(a). And an observation: Jurors often ask to see these materials during deliberations. Please be prepared to address this vexing issue. Fed. R. Evid. 107(b).

- **The 2014 Kia Instructions**

They're excluded. Sansom didn't rely on them for the repair. Plus it's suggested that they contain the equivalent of a subsequent remedial measure: a warning. Fed. R. Evid. 407.

- **Sansom's Training, Crain's Procedures, and the Like**

It's all admissible for the reasons Kia explained.

- **Collateral Source**

It's excluded, subject to door opening. The Court doesn't understand why Sansom believes reference to worker's compensation

in the proof is unavoidable. Arkansas Model (Civil) Instruction 2215 is helpful and needed in the circumstances.

- **Experts and Legal Issues**

The experts can't tell the jury what the law is. But they can testify about the facts and circumstances that inform whether Sansom was at fault.

- **Psychological Care or Treatment**

Explanation of these issues is appropriate and relevant given Sansom's injury/damage claims.

- **The First Cut and Treatment**

This evidence is admissible on the warnings claim.

*

Motions, *Doc. 109, 110, & 111*, partly granted and partly denied. Motion, *Doc. 121*, denied as moot.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2026