# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOSEPH SANSOM and STANLEY BOND,
Trustee in the Bankruptcy for the Estate of
Joseph Sansom                                                    PLAINTIFFS

v.                              No. 4:23-cv-567-DPM

KIA CORPORATION, f/k/a KIA
MOTORS CORPORATION;  KIA
AMERICA, INC., f/k/a KIA MOTORS
AMERICA, INC.;  and JOHN DOES 1-3          DEFENDANTS

## ORDER

In late January, the parties settled in principle, subject to putting their agreement in writing, and conditioned on the Bankruptcy Court's approval.  Things have bogged down since.  No writing has been agreed upon.  No approval has been sought from the Bankruptcy Court.  It's now mid-April.  In the circumstances, this Court will enter Judgment and retain jurisdiction for an extended period to enforce the parties' agreement or, if need be, vacate the Judgment and re-set the trial if the parties' settlement comes undone.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2026