IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH SANSOM and STANLEY BOND,
Trustee in the Bankruptcy for the Estate of
Joseph Sansom                                                    PLAINTIFFS

v.                              No. 4:23-cv-567-DPM

KIA CORPORATION, f/k/a KIA
MOTORS CORPORATION;  KIA
AMERICA, INC., f/k/a KIA MOTORS
AMERICA, INC.;  and JOHN DOES 1-3               DEFENDANTS

## JUDGMENT

Sansom's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 30 April 2027 to enforce the parties' settlement or vacate the Judgment and re-set the trial.

_____
D.P. Marshall Jr.
United States District Judge

_____
15 April 2026